JOHANNA OLSEN V. MARY JACOBSON ET AL.

FILED FEBRUARY 2, 1898.   No. 7806.

Affirmance where all the questions presented are based on an unauthenticated bill of exceptions.

ERROR from the district court of Washington county. Tried below before KEYSOR, J.   *Affirmed.*

*W. S. Cook, D. Z. Mummert*, and *Frick & Dolezal*, for plaintiff in error.

*Davis & Howell* and *E. R. Duffie*, contra.

RYAN, C.

All the questions presented by the petition in error in this case depend upon the contents of an alleged bill of exceptions, and as it is not authenticated, the judgment of the district court is

AFFIRMED.